UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAKENZIE E. ROSE, on behalf of herself and others similarly situated,

                Plaintiffs,

  -against-

BARTECA RESTAURANTS LLC, dba
BAR TACO, BAR TACO PORT CHESTER LLC
dba BAR TACO, and MICHAEL SOBELMAN, individually,

                Defendants.

Case No. 23 CV 7143 (CS)

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Barteca Restaurants LLC dba Bar Taco, Bar Taco Port Chester LLC and Michael Sobelman, having offered to allow Plaintiff Mackenzie E. Rose, and opt-in plaintiffs Lynnette Colon, Brett Gagliardo, Imani Gaudin-County, Leslie Guaman, Nayli Landaeta, Sarah Levine, Iutik Nunez, Julia Pawlikowski, Nicolas Roman, and Lena Silverman (collectively, "Plaintiffs") to take a judgment against them, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated September 6, 2024, and filed as Exhibit "A" to Docket Number 41;

**WHEREAS**, on September 6, 2024, Plaintiffs' attorneys having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Docket 41);

It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiffs in the amount of one hundred fifty-five thousand dollars ($155,000.00), and the clerk is directed to close the case.

Dated: New York, New York
       September 6, 2024

                                              _____, D.J.